CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
MONSI MORALES (SBN 235520)
*Monsi@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777
Bankruptcy Counsel for Darrell Derrick Maag

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>SOUTHERN CALIFORNIA RESEARCH, LLC,<br><br>Debtor. | Case Nos.: 9:22-bk-10022-DS<br>            9:22-bk-10023-DS<br><br>Chapter 7 |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN CALIFORNIA RESEARCH, LLC, a California Limited Liability Company, and DARRELL DERRICK MAAG, an individual,<br><br>Defendants. | Adv. No.: 9:23-ap-01011-DS<br><br>**STIPULATION EXTENDING DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT**<br><br>Status Conference:<br><br>Date:     May 30, 2023<br>Time:     11:30 a.m.<br>Place:    Courtroom 201 (via ZoomGov)<br>          1415 State Street<br>          Santa Barbara, CA |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiffs Travelers Casualty Insurance Company of America and Travelers Property Casualty Company of America (together, "Travelers"), on the one hand, and Defendants Southern California Research, LLC, and Darrell Maag ("Defendants," and together with Travelers, the "Parties," and each, a "Party"), on the other hand, hereby enter into this *Stipulation Extending Deadline to File Answer or Other Responsive Pleading to Complaint* (the "Stipulation") as follows:

**WHEREAS**, Defendant Darrell Maag filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on January 12, 2022 (the "Petition Date"), commencing bankruptcy case number 9:22-bk-10023-DS (the "Bankruptcy Case").

**WHEREAS**, on the Petition Date, Defendant Southern California Research LLC ("SCR"), a California limited liability company wholly owned by Maag, also filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 9:22-bk-10022-DS (the "SCR Case").

**WHEREAS**, on December 8, 2022, the Court entered an order converting the SCR Case to a case under chapter 7.

**WHEREAS**, on March 31, 2023, Travelers filed a *Complaint for Declaratory Relief pursuant to 28 U.S.C. § 2201 and Bankruptcy Rule 7001* in the Bankruptcy Court, thereby commencing the above-captioned adversary proceeding (the "Travelers Adversary").

**WHEREAS**, a Summons was issued by the Bankruptcy Court on March 31, 2023, stating that Defendants' deadline to file an answer or other responsive pleading in the Travelers Adversary is May 1, 2023 (the "Answer Deadline").

**WHEREAS**, Defendants state that they are seeking to retain counsel to represent them in the Travelers Adversary.

**WHEREAS**, the Parties have reached an agreement to extend the Answer

Deadline for a period of 45 days to allow the Defendants time to retain counsel.

**WHEREFORE**, the Parties hereby agree and stipulate as follows:

1. The Answer Deadline is extended through and including June 15, 2023;
2. All rights, claims and defenses of the Parties are reserved; and
3. This Stipulation may be executed in one or more counterparts, and by scanned, wet, and/or facsimiled signatures of the same, which shall each be deemed an original and which together shall make up the entire Stipulation.

**IT IS SO STIPULATED.**

Dated: May 3, 2023          By: _/s/ Darrell Maag_____
                                 Darrell Maag

Dated: May 3, 2023          SOUTHERN CALIFORNIA RESEARCH, LLC.

                            By: _/s/ Darrell Maag_____
                            Its: _Managing Member_____

DATED: May 3, 2023          **MAYNARD NEXSEN LLP**

                            _____
                            By: Nicholas J. Boos
                            Attorneys for Travelers Casualty Insurance
                            Company of America and Travelers
                            Property Casualty Company of America

Deadline for a period of 45 days to allow the Defendants time to retain counsel.

**WHEREFORE**, the Parties hereby agree and stipulate as follows:

1. The Answer Deadline is extended through and including June 15, 2023;
2. All rights, claims and defenses of the Parties are reserved; and
3. This Stipulation may be executed in one or more counterparts, and by scanned, wet, and/or facsimiled signatures of the same, which shall each be deemed an original and which together shall make up the entire Stipulation.

**IT IS SO STIPULATED.**

Dated: May 3, 2023          By: _____
                                 Darrell Maag

Dated: May 3, 2023          SOUTHERN CALIFORNIA RESEARCH, LLC.

                            By: _____
                            Its: Managing Member

DATED:  May 3, 2023         **MAYNARD NEXSEN LLP**

                            _____
                            By: Nicholas J. Boos
                            Attorneys for Travelers Casualty Insurance
                            Company of America and Travelers
                            Property Casualty Company of America

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **STIPULATION EXTENDING DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 3, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**: Pursuant to Hon. Deborah J. Saltzman instructions, judge's copies are not required unless requested by the Court.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 3, 2023 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE INFORMATION (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**J Scott Bovitz on behalf of Southwestern Research, Inc.**
bovitz@bovitz-spitzer.com

**Judy M. Lam on behalf of Travelers Casualty Insurance Company of America.**
jlam@maynardcooper.com, Mshabpareh@klgla.com

**Kristin T Mihelic on behalf of U.S. Trustee United States Trustee (ND)**
kristin.t.mihelic@usdoj.gov

**Jerry Namba, Chapter 7 Trustee**
jnambaepiq@earthlink.net, jnambalaw@yahoo.com;jn01@trustesolutions.net; paknamba@gmail.com

**United States Trustee (ND)**
ustpregion16.nd.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.